People v Morgan (2025 NY Slip Op 05740)

People v Morgan

2025 NY Slip Op 05740

Decided on October 16, 2025

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 16, 2025

No. 82 

[*1]The People & c., Respondent,
v
Arthur H. Morgan Jr., Appellant.

Steven M. Sharp, for appellant. 
Christopher Liberati-Conant, for respondent. 

MEMORANDUM:
The order of the Appellate Division should be affirmed.
There is support in the record for the trial judge's determination that the prosecutor's race-neutral reasons for exercising the peremptory challenges at issue were not pretextual (see People v Wright, 42 NY3d 708, 714-715 [2024]).
Defendant's challenge to the trial court's jury instruction on first-degree manslaughter as a lesser-included offense, his constitutional challenge to admission of prior testimony, and his arguments regarding the alleged use of propensity evidence in summation, as well as those concerning cross-examination of certain trial witnesses, are unpreserved. Defendant also failed to preserve his argument that his right to counsel was violated when he was interviewed by officers after a lawyer had purportedly communicated with the police for the purpose of representing him.
Defendant's remaining arguments are without merit.
Order affirmed, in a memorandum. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.
Decided October 16, 2025